HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>   v.<br><br>SUNG SOOK AHN and GREGORY S. TIFT,<br><br>                Defendants,<br><br>and<br><br>SUNG SOOK AHN and GREGORY S. TIFT,<br><br>Counterclaimants,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Counterdefendants. | CASE NO. C14-5063 RBL<br><br>ORDER GRANTING COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[DKT. # 30] |

ORDER - 1

THIS MATTER is before the Court on Counterdefendant[1] Everhome's' Motion for Summary Judgment [Dkt. # 30]. Everhome seeks dismissal of Ahn's and Tift's counterclaims against it. Ahn and Tift have not filed a Response. As it is permitted to do under *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986), Everhome points out that there is no evidence to support Plaintiffs' claims against them.

The moving party is entitled to judgment as a matter of law when the nonmoving party fails to make a sufficient showing on an essential element of its case upon which it bears the burden of proof. *See Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986). Ahn and Tift bear the burden of proof on each element of each of their counterclaims. Because Ahn and Tift failed to establish the existence of a material issue of fact on any of these elements and any of these claims, the Motion for summary judgment is GRANTED. All of Ahn and Tift's counterclaims are DISMISSED with prejudice.

//

//

//

//

//

---

[1] Plaintiff Everhome commenced an unlawful detainer action against Defendant Ahn in state court after a foreclosure. Ahn and her "advocate," Tift, asserted counterclaims against Everhome and a variety of other entities involved in the loan and the foreclosure. The Court previously dismissed all of Ahn's claims against a different subset of Counterdefendants [*see* Dkt. #29].
For clarity, in this Order the name "Everhome" refers to all of the remaining counterdefendants.

It is not clear whether Everhome's initial unlawful detainer claim remains pending in this Court. The court will DISMISS that claim and CLOSE the case unless Everhome notifies the court that any claim remains pending within 10 days of this Order.

IT IS SO ORDERED.

Dated this 20th day of October, 2014.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE